IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01135-REB-CBS

SEYMOUR SCHIFF,
on behalf of himself and all others similarly situated,

      Plaintiff,

v.

JAMES A. CARDWELL,
ERNEST A. GERARDI JR.,
RUTH ANN M. GILLIS,
NED S. HOLMES,
ROBERT P. KOGOD,
JAMES H. POLK, III,
JOHN M. RICHMAN,
JOHN C. SCHWEITZER,
R. SCOT SELLERS,
ROBERT H. SMITH, and
ARCHSTONE-SMITH TRUST,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Unopposed Joint Motion to Stay Proceedings Pending Finalization of Settlement (*doc. no. 18*) is **GRANTED**.  The Scheduling Conference set for August 30, 2007 is hereby vacated.  The parties must file a stipulated motion to dismiss within ninety (90) days.

      **DATED:**    August 27, 2007