**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 07-cv-01135-REB-CBS

SEYMOUR SCHIFF, on behalf of himself and all others similarly situated,

    Plaintiff,

v.

JAMES CARDWELL, et al.,

    Defendant.

**MINUTE ORDER**[1]

The matter comes before the court on the **Unopposed Joint Motion for Administrative Closing Pending Completion of Settlement** [#26], filed January 17, 2008. The motion is **DENIED**. However, the parties shall file a periodic status report every 60 days, commencing on **March 17, 2008**, discussing the status of the dismissal documents.

    Dated: January 17, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.